**Not for Publication**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

NICOLE SIRAVO,

    *Plaintiff*,

v.

BROWN & BROWN INSURANCE and WILLIAM MACNAIR, *et al.*,

    *Defendants*.

Civil Action No. 22-4243

**ORDER**

**John Michael Vazquez, U.S.D.J.**

    This matter comes before the Court on the October 6, 2022 Report and Recommendation (the "R&R") of Magistrate Judge Michael A. Hammer. D.E. 15. The R&R addressed Plaintiff's motion to remand, D.E. 7, and recommends that this Court grant the motion; and it

    **APPEARING** that the parties were advised as to the dates that any objections to this R&R were to be served and filed; *see* R&R at 12; and it

    **APPEARING** that no objections to the R&R have been received and the time for filing objections has expired; and it

    **APPEARING** that "where no objections are made in regard to a report or parts thereof, the district court will adopt the report and accept the recommendation if it is 'satisf[ied] . . . that there is no clear error on the face of the record.'" *Sportscare of Am., P.C. v. Multiplan, Inc.*, No. 10-4414, 2011 WL 500195, at *1 (D.N.J. Feb. 10, 2011) (quoting Fed. R. Civ. P. 72 Advisory Committee's Notes); and it

**APPEARING** that this Court independently reviewed the record and the R&R and found no clear error on the face of the record. Accordingly, this Court hereby adopts the R&R as the Opinion of this Court;

**THEREFORE**, for the foregoing reasons, and for good cause shown,

**IT IS** on this 26th day of October, 2022,

**ORDERED** that the Court adopts the Report and Recommendation, D.E. 15, in its entirety, and Plaintiff's motion to remand, D.E. 7, is **GRANTED**; and it is further

**ORDERED** that as set forth in the Report and Recommendation, Plaintiff's request for attorneys' fees is **DENIED**; and it is further

**ORDERED** that this action is remanded to the New Jersey Superior Court, Law Division, Essex County; and it is further

**ORDERED** that the Clerk's Office shall close this matter.

_____
John Michael Vazquez, U.S.D.J.